

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALFRED CHARLES GREEN, | § | No. 08-13-00308-CR |
| Appellant, | § | Appeal from the |
| v. | § | 366th Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Collin County, Texas |
| | § | |
| Appellee. | § | (TC# 366-82982-2011) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF MAY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.